UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN S. DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>R. PEREZ,<br><br>        Defendant. | 1:19-cv-01310 (PC)<br><br>ORDER TO SUBMIT DATED AND SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include the date of plaintiff's required original signature.

    Accordingly, IT IS HEREBY ORDERED that:

    Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with plaintiff's original signature and date, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:  **September 23, 2019**                          _____
                                                                         UNITED STATES MAGISTRATE JUDGE

2