# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN S. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. PEREZ,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01310-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF Nos. 13, 16] |

　　　　Plaintiff Devin S. Davis is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 7, 2019, the Magistrate Judge issued Findings and Recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. (ECF No. 13.) The Findings and Recommendations was served on Plaintiff and contained notice that objections were to be filed within twenty-one days. Plaintiff filed objections on November 25, 2019. (ECF NO. 16.)

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff has failed to allege facts sufficient to give rise to a cognizable claim for relief under § 1983, and Plaintiff's objections do not change this conclusion.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on November 7, 2019 are adopted in full;
2. The instant action is dismissed for failure to state a cognizable claim for relief; and
3. The Clerk of Court shall enter judgment.

IT IS SO ORDERED.

Dated: **December 2, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE